**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 06-7332**

———————————

BRIAN WILLIAM SCOTT, a/k/a Brian W. Scott,

Petitioner - Appellant,

versus

E. RICHARD BAZZLE, Warden of Perry
Correctional Institution; HENRY MCMASTER,
Attorney General for South Carolina,

Respondents - Appellees.

———————————

**No. 06-7411**

———————————

BRIAN WILLIAM SCOTT, a/k/a Brian W. Scott,

Petitioner - Appellant,

versus

E. RICHARD BAZZLE, Warden of Perry
Correctional Institution; HENRY MCMASTER,
Attorney General for South Carolina,

Respondents - Appellees.

———————————

Appeals from the United States District Court for the District of
South Carolina, at Anderson. G. Ross Anderson, Jr., District
Judge. (8:05-cv-02690-GRA)

Submitted:  December 21, 2006          Decided:  January 4, 2007

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Brian William Scott, Appellant Pro Se.  Donald John Zelenka, Derrick K. McFarland, OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian William Scott seeks to appeal the district court's orders finding Scott's 28 U.S.C. § 2254 (2000) petition timely and remanding to the magistrate judge to consider the merits of the petition (No. 06-7332), and denying Scott's motions to compel discovery (No. 06-7411). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The orders Scott seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeals for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED